UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                              Plaintiff,

                  -against-

    ARTHUR GRANDE,
                              Defendant,
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/06/2019

18 Cr. 712-02 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Arthur Grande's sentencing hearing shall be held on **February 13, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **January 21, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **January 24, 2020.**

Dated: December 6, 2019
       New York, New York

                                                LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**