JAMES R. FROCCARO, JR.
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2020

January 16, 2020

BY ECF
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application DENIED without prejudice to renewal. Defendant Grande may refile this application stating the reason(s) for the requested adjournment. The Clerk of the Court is directed to terminate the letter motion at docket number 54.

Dated: January 17, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: United States v. Arthur Grande
18 Cr 712 (LGS)

Dear Judge Schofield:

As you know, I am the attorney for Arthur Grande. Mr. Grande is presently scheduled to be sentenced by Your Honor at 11 a.m. on February 13, 2020. By this letter, I am respectfully requesting that Mr. Grande's sentencing be adjourned to a date convenient with the Court in mid-March, and that a new date also be set for the filing of both the defendant's and government's pre-sentencing submissions.

This is the defendant's first request for an adjournment of sentencing and is made with the consent of the government.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:pa