JAMES R. FROCCARO, JR.
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020

January 22, 2020

BY ECF
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Arthur Grande
    18 Cr 712 (LGS)

*Application GRANTED. Defendant Arthur Grande's sentencing hearing is adjourned to **March 26, 2020 at 11:00 a.m**. Defendant's pre-sentencing submission shall be filed by March 2, 2020. The Government's pre-sentencing submission, if any, shall be filed by March 5, 2020. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 56.*

*Dated: January 23, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

    I am a solo practitioner and the attorney for Arthur Grande. Mr. Grande is presently scheduled to be sentenced by Your Honor at 11 a.m. on February 13, 2020. By this letter, I am respectfully requesting that Mr. Grande's sentencing be adjourned to a date convenient with the Court in late-March, and that a new date also be set for the filing of both the defendant's and government's pre-sentencing submissions.

    This is the defendant's first request for an adjournment of sentencing and is made with the consent of the government. The reason for this request is that I am scheduled to be away on vacation with my family from February 10th to February 24th.

Respectfully submitted,
/JRF/
James R. Froccaro, Jr.

JRF:pa