

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 17, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: **United States v. Arthur Grande,**
18 Cr. 712 (LGS)

*Application Granted. Defendant Grande's sentencing hearing is adjourned to May 28, 2020 at 2:00 p.m. The Clerk of the Court is directed to terminate the letter motion at docket number 68.*

*Dated: March 17, 2020*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

    The Government writes on behalf of the parties to request a thirty to sixty day adjournment of the sentencing of Arthur Grande, which is currently scheduled for March 26, 2020, at 11:00 a.m. The adjournment is appropriate in light of and for the reasons listed in the Standing Orders relating to the Coronavirus/COVID-19 Pandemic. *See* 20 Misc. 154 (re: Continuance of Jury Trials and Exclusion of Time Under Speedy Trial Act); 20 Misc. 138 (re: Restrictions on Visitors to Courthouses).

                                  Respectfully Submitted,

                                  GEOFFREY S. BERMAN
                                  United States Attorney

                   by: /s/_____
                         Nicolas Roos
                         Assistant United States Attorney
                         (212) 637-2421

Cc: James R. Froccaro Jr., Esq.