

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  **United States v. Arthur Grande,**
     18 Cr. 712 (LGS)

Application Granted.  Defendant Grande;s sentencing hearing is adjourned to September 29, 2020 at 11:00 a.m.  The Clerk of the Court is directed to terminate the letter motion at docket number 80.

Dated: May 26, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

The Government writes on behalf of the parties to request an adjournment of the sentencing of Arthur Grande, which is currently scheduled for May 28, 2020.  The adjournment is appropriate in light of and for the reasons listed in the Standing Orders relating to the Coronavirus/COVID-19 Pandemic.  *See* 20 Misc. 154 (re: Continuance of Jury Trials and Exclusion of Time Under Speedy Trial Act); 20 Misc. 138 (re: Restrictions on Visitors to Courthouses).  Counsel for the defendant is available for sentencing in this matter during the last week of September or a date thereafter.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Nicolas Roos
Assistant United States Attorney
(212) 637-2421

Cc: James R. Froccaro Jr., Esq.