UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,          :
                               Plaintiff,    :         18 Cr. 712-02 (LGS)
        -v-                                  :
                                                 :         **ORDER**
ARTHUR GRANDE,                          :
                               Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, with ARTHUR GRANDE's consent, his guilty plea allocution was taken before Magistrate Kevin Nathaniel Fox on October 1, 2019;

      WHEREAS, a transcript of the allocution was made; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       September 23, 2020

                                                          LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE