JAMES R. FROCCARO, JR.
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

February 9, 2022

BY ECF
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application DENIED. The Clerk of the Court is directed to terminate the letter motion at docket number 91.

Dated: February 22, 2022
New York, New York

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

Re: United States v. Arthur Grande
18 Cr 712 (LGS)

Dear Judge Schofield:

    On September 29, 2020, Your Honor sentenced Mr. Grande to time served and a 4 year term of supervised release with special conditions, including home incarceration and location monitoring for a period of 30 months. Mr. Grande was also ordered to participate in an outpatient treatment program approved by the U.S. Probation Department. Since Mr. Grande was sentenced by Your Honor, he has strictly complied with each and every condition of his supervision, including that he remain drug and alcohol free.[1] He has also been gainfully employed in the community at Leske's Bakery in Brooklyn since

---

[1] I have attached hereto for Your Honor' review a letter from Mr. Grande's outpatient drug counseling provider confirming his successful completion of treatment as of December 9, 2021.

1

Your Honor granted him permission to work there on March 26, 2021.

By this letter, I am respectfully requesting that the home incarceration and electronic monitoring conditions of Mr. Grande's supervised release be eliminated effective immediately. All other conditions of supervision shall, of course, remain in effect.

The U.S. Probation Department has consented to this request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:pa
Encl.

cc: USPO John Lanigan, by email, w/encl.



# BRIDGE BACK TO LIFE CENTER, INC.

Gary Butchen, LCSW-R, CASAC, SAP
*Executive Director*

Date: December 20, 2021

**500 8th Avenue**
Suite 906
New York, NY 10018
(212) 679-4960
(212) 399-6902 fax

**175 Remsen St.**
10th Floor
Brooklyn, NY 11201
(718) 852-5552
(718) 852-5666 fax

**345 Adams St.**
9th Floor
ACS Satellite Office
Brooklyn, NY 11201
(718)522-8120
(718) 522-8194 fax

**3044 Coney Island Ave.**
3rd Floor
Brooklyn, NY 11235
(718) 265-4200
(718) 265-8536 fax

**4271 Hempstead Tpke**
Bethpage, NY 11714
(516) 520-6600
(516) 520-6750 fax

**1688 Victory Blvd.**
Staten Island, NY 10314
(718) 447-5700
(718) 442-8945 fax

www.bridgebacktolife.com

To Whom It May Concern,

Mr. Arthur Grande completed his Intake Assessment on 11/24/2020. Mr. Grande was officially admitted into Bridge Back to Life Center's outpatient counseling program on 12/11/2020. Mr. Grande has been consistent with treatment and his toxicology reports have all been negative. Mr. Grande demonstrates an understanding of the disease concept of addiction. Mr. Grande is working full-time and has been able to actively and safely keep himself busy. Mr. Grande has been able to establish a healthy relationship with his children and understands the positive impact his sobriety has had on them. Mr. Grande's case was discussed with PO Lanigan and it was agreed to complete him from treatment. Mr. Grande's completion date is Thursday, 12/09/2021. It is supported and recommended that Mr. Grande's ankle bracelet be removed.

If you have any questions or need to call the number is (718) 447-5700.

Sincerely,

Recoverable Signature

X Christopher Labbate, LMHC,...

Christopher Labbate, LMHC, CASAC-T

Signed by: 40eed7b2-95d6-4a63-b2b3-7c7ba02b19b5